UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
RAYMOND JAQUEZ and MULTI-VITAMIN :
ENERGY CORP., :
  :
    Plaintiffs and Counterclaim-Defendants, :
  :
          v. :   10 Civ. 4972 (RMB)
  :
ENERGY BRANDS, INC., :
  :
    Defendant and Counterclaim-Plaintiff. :
------------------------------------------------------------ x

**<u>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1</u>**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that Energy Brands, Inc. is wholly owned subsidiary of The Coca-Cola Company, which is a publicly traded company.

Dated: New York, New York
       August 9, 2010

                                                 Respectfully submitted,

                                                 DEBEVOISE & PLIMPTON LLP

                                                 By:  /s/ David H. Bernstein
                                                        David H. Bernstein
                                                        dhbernstein@debevoise.com
                                                 919 Third Avenue
                                                 New York, New York  10022
                                                 (212) 909-6696

                                                 *Attorneys for Energy Brands, Inc.*

23248448v1