UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAYMOND JAQUEZ and MULTI-VITAMIN ENERGY CORP.,

Plaintiff(s),

- v -

ENERGY BRANDS, INC.,

Defendant(s).

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/10

**Case Management Plan**

____10____ CV. ____4972____ (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)  Joinder of additional parties by ___December 15, 2010___

(ii)  Amend the pleadings by ___December 15, 2010___

(iii)  All discovery to be expeditiously completed by ~~May 13, 2011~~ *JAN. 21, 2011* at 9:00am

(iv)  Consent to Proceed before Magistrate Judge ___Yes *JAN 25, 2011 with purple*___

(v)  Status of settlement discussions ___Energy Brands is willing to discuss a settlement that includes modification to the trade dress and a reasonable transition period to avoid any disruption to Multi-Vitamin's sales. Multi-Vitamin has rejected the offer and believes that no progress has been made.___

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions _____

(vii)  Oral Argument _____

(viii)  Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)  Trial _____

(xi)  Other _____

SO ORDERED: New York, New York
___9/20/10___

*RMB*
_____
Hon. Richard M. Berman, U.S.D.J.