UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAYMOND JAQUEZ and MULTI-VITAMIN ENERGY CORP.,

               Plaintiff(s),

- v -

ENERGY BRANDS, INC.,

               Defendant(s).
------------------------------------------------------------X

Amended
**Case Management Plan**

____10____ CV. ____4972____ (RMB)

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __December 15, 2010__

(ii) Amend the pleadings by __December 15, 2010__

(iii) All discovery to be **expeditiously** completed by __January 21, 2011__

(iv) Consent to Proceed before Magistrate Judge __Not at this time__

(v) Status of settlement discussions __Settlement conference, with principals, on November 22, 2010 at 10:30 am; ex parte settlement letters due by November 15, 2010 (up to 5 pages, double spaced)__

**Sections vi through xi will be set at conference with the Court.**

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other _____

SO ORDERED: New York, New York
             9/21/10

_/s/ RMB_
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/10