

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

March 4, 2011

**BY HAND**

Honorable Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Raymond Jaquez and Multi-Vitamin Energy Corp. v. Energy Brands Inc.,
10 Civ. 4972 (RMB)

Dear Judge Berman:

Per the Court's request, we submit this letter on behalf of both parties to update Your Honor on the status of their settlement discussions.

As Your Honor may recall, the parties appeared on February 24 to discuss settlement. The parties have continued their discussions and are close to reaching a settlement. Accordingly, the parties respectfully propose that they report back to the Court again on March 11, at which time the parties will either inform the Court that this matter has settled or they will request that the Court issue a new case management plan so that the litigation may go forward.

**MEMO ENDORSED**

Respectfully submitted,

S. Zev Parnass

cc: Harold G. Furlow, Esq.
Counsel for Raymond Jaquez and Multi-Vitamin Energy Corp.
(by email)

---

*Handwritten endorsement:*

A conference is scheduled for 3/14/11 at 10:00 a.m. Parties to advise the Court (by letter) if a settlement has been reached prior to the conference.

SO ORDERED:
Date: 3/7/11
Richard M. Berman, U.S.D.J.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/11