UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RAYMOND JAQUEZ, et al.,

                Plaintiffs,

      - against -

ENERGY BRANDS, INC., et al.,

                Defendants.
-----------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/11
```

10 Civ. 4972 (RMB)

**ORDER OF DISCONTINUANCE**

     Based upon Defendants' letter, dated March 11, 2011, indicating that the parties "have reached a settlement," it is hereby

     **ORDERED** that the conference scheduled for March 14, 2011 is vacated; and it is further

     **ORDERED** that the above-entitled action be, and the same hereby is, discontinued.

Dated: New York, New York
         March 14, 2011

                                                              _____
                                                              RICHARD M. BERMAN, U.S.D.J.